# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, a courtesy copy of the Interlocutory Petition

for Review was served via process server to:

**Clerk of Court**
**Matthew J Perry Courthouse**
**901 Richland Street**
**Columbia, South Carolina 29201**

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

**CASE#: 3:13-CR-00479**
**UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE, et.al.**

as follows:

1. **Interlocutory Petition for Review,** issued by Mark Shannon Manuel, dated 10 February, 2014, (copy of filing sent to 4th circuit clerk of court)(1 page)

2. **Certificate of Service for Interlocutory Petition for Review, for the 4th circuit filing,** (1 page),

3. Reference copy of this **Certificate of Service** (1 page)(signed original on file),

a total of _____**Three (3)**_____ pages,

by process of service to the Clerk of Court, District Court of South Carolina

_Mark S. Manuel, Authorized Representative_          **11 February 2014**
Mark S. Manuel, Authorized Representative          DATE

RECEIVED, CLERKS OFFICE
2014 FEB 18 AM 9 50
US DISTRICT CT COLA, SC

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the Interlocutory Petition for Review was sent

via Registered Mail Number _____ **RE 869 227 045 US** _____ to:

**Clerk of Court**
**4th Circuit Court of Appeals**
**Lewis F. Powell Jr. Courthouse & Annex**
**1100 East Main Street, Suite 501**
**Richmond, VA 23219**

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

_____ **CASE#: 3:13-CR-00479** _____
_____ **UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE. et.al.** _____
as follows:

1. **Interlocutory Petition for Review,** issued by Mark Shannon Manuel, dated 10
   February, 2014, (1 page)

2. Reference copy of this **Certificate of Service** (1 page) (signed original on
   file),

a total of _____ **Two (2)** _____ pages,

by United States Postal Service Registered Mail Number _____ **RE 869 227 045 US** _____

_Mark S. Manuel, ACR_                    **10 February 2014**
Mark S. Manuel, Authorized Representative        DATE

United States Court of Appeals for the Fourth Circuit

Mark Shannon Manuel,                    )
                                        )
        Petitioner                      )
                                        )
             v.                         )
                                        )        Interlocutory Petition for Review
Judge Cameron Currie,                   )
                                        )
        Respondent                      )
_____)

    Mark Shannon Manuel hereby petitions the court for review of the Order of

the findings of guilt and proceedings entered by Judge Cameron Currie on the 6th

day of February, 2014 in the matter of United States v. Hartsoe, et.al., case number

3:13-CR-00479 in the District of South Carolina.

                        _Mark S. Manuel_
                        (Petitioner)
                        c/o 2020 Fieldstone Parkway
                        Suite 900-216
                        _____
                        (Address)
                        Franklin Tennessee [37069]
                        non-domestic without the U.S.
                                PP
                        _Mark S Manuel, ARR_

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, a courtesy copy of the Interlocutory Petition

for Review was served via process server to:

```
Clerk of Court
Matthew J Perry Courthouse
901 Richland Street
Columbia, South Carolina 29201
```

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

<u>CASE#: 3:13-CR-00479</u>

<u>UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE, et.al.</u>

as follows:

1. **Interlocutory Petition for Review**, issued by Mark Shannon Manuel, dated 10 February, 2014, (copy of filing sent to 4th circuit clerk of court)(1 page)

2. **Certificate of Service for Interlocutory Petition for Review, for the 4th circuit filing**, (1 page),

3. Reference copy of this **Certificate of Service** (1 page) (signed original on file),

a total of _____**Three (3)**_____ pages,

by process of service to the Clerk of Court, District Court of South Carolina

Mark S. Manuel, Authorized Representative                  **11 February 2014**
                                                           DATE

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the Interlocutory Petition for Review was sent

via Registered Mail Number _____ RE 869 227 045 US _____ to:

```
Clerk of Court
4ᵗʰ Circuit Court of Appeals
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219
```

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

```
                    CASE#: 3:13-CR-00479
        UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE. et.al.
```
as follows:

1. **Interlocutory Petition for Review,** issued by Mark Shannon Manuel, dated 10 February, 2014, (1 page)

2. Reference copy of this **Certificate of Service** (1 page) (signed original on file),

a total of _____ Two (2) _____ pages,

by United States Postal Service Registered Mail Number _____ RE 869 227 045 US _____

_Mark S. Manuel, Authorized Representative_        10 February 2014
Mark S. Manuel, Authorized Representative        DATE

United States Court of Appeals for the Fourth Circuit

Mark Shannon Manuel,      )
                             )
      Petitioner        )
                             )
        v.          )      Interlocutory Petition for Review
                             )
Judge Cameron Currie,    )
                             )
      Respondent    )
_____)

      Mark Shannon Manuel hereby petitions the court for review of the Order of

the findings of guilt and proceedings entered by Judge Cameron Currie on the 6th

day of February, 2014 in the matter of United States v. Hartsoe, et.al., case number

3:13-CR-00479 in the District of South Carolina.

*Mark S. Manuel*
(Petitioner)
*c/o 2020 Fieldstone Parkway*
*Suite 900 - 216*
_____
(Address)
*FRANKLin tennessee [37069]*
*non-domestic without the U.S.*
*PP*
*Mark S. Manuel, ARR*

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, a courtesy copy of the Interlocutory Petition

for Review was served via process server to:

**Clerk of Court**
**Matthew J Perry Courthouse**
**901 Richland Street**
**Columbia, South Carolina 29201**

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

CASE#: 3:13-CR-00479
UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE, et.al.

as follows:

1. **Interlocutory Petition for Review**, issued by Mark Shannon Manuel, dated 10 February, 2014, (copy of filing sent to 4th circuit clerk of court) (1 page)

2. **Certificate of Service for Interlocutory Petition for Review, for the 4th circuit filing,** (1 page),

3. Reference copy of this **Certificate of Service** (1 page) (signed original on file),

a total of _____**Three (3)**_____ pages,

by process of service to the Clerk of Court, District Court of South Carolina

_____        **11 February 2014**
Mark S. Manuel, Authorized Representative        DATE

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the Interlocutory Petition for Review was sent

via Registered Mail Number _____ RE 869 227 045 US _____ to:

```
Clerk of Court
4th Circuit Court of Appeals
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219
```

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

CASE#: 3:13-CR-00479
UNITED STATES OF AMERICA v. JERRY ELMO HARTSOE. et.al.

as follows:

1. **Interlocutory Petition for Review,** issued by Mark Shannon Manuel, dated 10 February, 2014, (1 page)

2. Reference copy of this **Certificate of Service** (1 page) (signed original on file),

a total of _____ Two (2) _____ pages,

by United States Postal Service Registered Mail Number _____ RE 869 227 045 US _____

_____     10 February 2014
Mark S. Manuel, Authorized Representative     DATE

United States Court of Appeals for the Fourth Circuit

Mark Shannon Manuel,        )
                         )
     Petitioner          )
                         )
        v.            )
                         )     Interlocutory Petition for Review
Judge Cameron Currie,       )
                         )
     Respondent        )
_____ )

Mark Shannon Manuel hereby petitions the court for review of the Order of

the findings of guilt and proceedings entered by Judge Cameron Currie on the 6th

day of February, 2014 in the matter of United States v. Hartsoe, et.al., case number

3:13-CR-00479 in the District of South Carolina.

*Mark S. Manuel*
(Petitioner)
*c/o 2020 Fieldstone Parkway*
*Suite 900-216*
_____
(Address)
*Franklin Tennessee [37069]*
*non-domestic without the U.S.*
*PP*
*Mark S. Manuel, ARR*

Tuesday 11 February 2014

Mark S. Manuel
c/o 2020 Fieldstone Parkway Suite 900-216
franklin tennessee [37069]
non-domestic without the United States

TO: Cameron McGowan Currie (Larry W. Propes)

**In the matter of: UNITED STATES v. HARTSOE, et.al.  3:13-CR-00479**

1. **ACCEPTANCE, FINDINGS OF FACT, CONCLUSIONS OF LAW**
2. **NOTICE OF FATAL DEFECTS**
3. **FAILURE TO FULFILL DUTY OF CARE**
4. **MISPRISION OF FELONY**
5. **DEMAND FOR JURISDICTIONAL HEARING**
6. **NOTICE OF CONFLICT OF INTEREST**

Dear Cameron McGowan Currie and Larry W. Propes,

I, Mark Shannon Manuel, declare my statements herein are true, correct, and I stand under them under my personal oath and bond.

**STATEMENT OF ACCOUNT**

I, Mark Shannon Manuel, demand you cease-and-desist, stay, hold, cancel, annul, or void all claims against me under the identifier case number 3:13-CR-00479, UNITED STATES v. HARTSOE, et.al., as processed through your court, including but not limited to any and all execution upon same for good cause stated by me.

Anyone employed by UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA corporation has my permission to construe this document as necessary that will cause bar on trespass, attaching, or levying me or my properties at any time. Corporate judicial officers are authorized to issue all Writs restraining of a temporary or permanent nature to protect my properties which are unlawfully and illegally held without my consent.

The UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA process and UNITED STATES v. JERRY ELMO HARTSOE, MARK SHANNON MANUEL, JAMES CHAPPELL DEW JR, RONALD KEVIN HAYES case number 3:13-CR-00479, has issued with no bond attached.

I am reporting crimes, illegal, unlawful acts and omissions to you as related to case number 3:13-CR-00479.

Act or refuse, it is your choice. This cease-and-desist demand for bond is intended and will be used as evidence of your intent.

Most important is the fact that as a law enforcement, paid legal professional, you know and

1

absolutely should know that having knowledge of crimes, or illegal, unlawful acts and not acting is a misprision of felony under malversation.

I stay now my rights are valued at twenty-five thousand dollars ($25,000) per day for each act or omission depriving me of any right whatsoever as no government office, or corporate goods and services provider in the nature of government, has rights: it only has duties, obligations, and privileges as set up by its charter.

This means TORT!

I, Mark Shannon Manuel, The man, say that no man or no woman can say my statements are untrue.

I say my rights are my property.

I say my credit is my property.

I say the government is to protect and restore my property, my credit, that of this man, that is unlawfully or illegally withheld from me upon my demand for same.

I want, and demand my property in all forms be returned to me now.

Said property to be totally in my control and possession within 72 hours receipt of this list of title above aloof them.

I live and act in a common-law with the right of trial by jury.

I have never given any man or entity rights to my credit.

I have never given any man or entity rights to convert my consumer credit to commercial credit.

I never intended nor have I ever issued any public securities.

I have never intended to nor have I ever authorize any man or entity to use my private property to back, support, support assets, value, or verify any public security.

I never authorized any man or entity claiming to use my full faith and credit, and in any manner whatsoever, to attack me in any way whatsoever.

I have never been presented with any bond and attach any process issued by the UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA as it acts under its federal employer identification number (EIN), (Form W-9 request for EIN enclosed herein).

It is a known fact of law that no corporation can hold lawful judicial or political power when he engages in commerce under corporate status, and as such gives up right to immunity, and must be treated the same as any other person with full liability on claims or contingent claims.

2

## ACCEPTANCE, FINDINGS OF FACT, CONCLUSIONS OF LAW

On the 5th February 2014, Judge Currie, dismissed the count in the fatally flawed indictment number 10 which was entered into case 3:13-CR-00479.

The substance of the alleged charge in count 10 of the indictment is that of issuing public securities through a government or organization, thereby constituting fraudulent financial instruments under 18 USC 514.

There are no public securities contained in the record of case 3:13-CR-00479 issued through a government or organization as stipulated in 18 USC 514.

The dismissal of count 10 is admission and confession, a finding of fact, under conclusion of law that private credit was taken by various non-government entities and non-government instrumentalities in exchange for setoff, settlement, and discharge on alleged claims.

THEREFORE, the court's findings of fact and conclusions of law are accepted as fact of a debt discharged at law under private contract with said payment duly accepted, never protested, nor returned.

There are no Federal charges that could attach to the transactions that are the alleged subject matter of this issue.

## NOTICE OF FATAL DEFECTS

There are no public securities at issue or in evidence in this matter.

The court's finding of fact and conclusions of law dismissing Count 10 voids all other claims relating to or founded upon transactions related to the debts discharged by the private instruments or the fatally flawed indictment claims of Mail Fraud in counts 1-8 of the indictment.

I have no legal obligations or duties to those making claims against me and there is no contract, agreement, acceptance or admission, before any judicial officer alleging same in evidence because it does not exist.

THEREFORE, the alleged charges and claims against MARK SHANNON MANUEL are void.

I RESERVE ALL RIGHTS TO ASSIGN ERRORS OF LAW TO ALL THE PROCEEDINGS IN THIS MATTER. AND TO ATTACH PERSONAL LIABILITY TO ALL INDIVIDUALS WHO HAVE NOT PRESENTED A BOND TO ME SO THAT I MAY KNOW WHO IS LIABLE TO MAKE ME WHOLE IN THE INSTANCE OF MISTAKE, ERROR, OR INTENTIONAL HARM.

## FAILURE TO FULFILL DUTY OF CARE

The law serves the vigilant, not those who sleep on their rights.

Failure to disclose relevant material facts under the obligation or duty to do so is the same, in effect, as willful misrepresentation.

The safety of the people is the supreme law.

Errors in the indictment – 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1583, 18 USC 1594, 18 USC 514

    a. It was alleged in the indictment that HARTSOE, MANUEL, DEW, AND HAYES were somehow involved with or members of RuSA, or Republic of the USA. There was no positive evidence presented at trial to establish this as a truth, except that Mr. Hartsoe was in attendance at a meeting where undercover FBI personnel recorded his conversation while they were seeking fugitives there in an unrelated matter. Yet this error was not removed from the indictment before the trial began nor when defense argued to strike the allegation during the trial, thereby allowing allegations prejudicial to defendants to stand which were irrelevant, except that these allegations justified the role of the Joint Terrorism Task Force in the investigation and the justification of the JTTF of the FBI, squad four. (18 USC 514 violation)

    b. Counts 1-8 of the indictment alleged the Mail Fraud related to fraud contained within 8 specific mailings. Superseding indictment count 10 charged that Fictitious Financial Instruments under 18 USC 514 were issued by defendants which would have also been included within the Registered Mail & Certified Mail packages in counts 1-8. However, once Judge Currie dismissed count 10 with her February 5th ruling, the mail packages in counts 1-8 contained no other fraudulent financial instruments under 18 USC 514 or any other code section and no evidence was ever presented that these mailings did contain any other fraudulent documents under the code.

    c. Jury instructions were amended after count 10 was dismissed but did not make this point clear, and defense failed to argue again to dismiss counts 1-8 before the court.

B. By the Prosecution – 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

    a. Privacy Act of 1974 Violations by the United States Attorney by bringing private instruments and process into the public

    b. The Assistant United States Attorney withheld evidence from defense

    c. The Cathy Lanier letter to the US Attorney William Nettles was not disclosed to defense.

    d. Ronald Kevin Hayes' entire plea agreement was not accurately represented by the Assistant United States Attorney before the court. Mr. Hayes believed he had immunity on his tax liabilities by a certain trick and artifice communicated to him by the prosecution, which the prosecution failed to disclose until Mr. Hayes was questioned by Mr. Matthews.

    e. Eden Gifted Properties Server files not released to the defense team in a discoverable form

  f. Assistant United States Attorney misled the court by stating on the record numerous times before the court that defendants had encrypted files on the server, blaming defendants for his inability to produce evidence, which proved to be a false representation to the court and defense by Mr. Pearson once defense team visited the FBI office to inspect the Eden Gifted Properties server.

C. By the Defense – 18 USC 241, 18 USC 245(b), 18 USC 1001, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

  a. Jurisdictional Hearing not scheduled or offered to Mark Shannon Manuel. by the court or by any appointed defense attorneys after arrest, or prior to trial.

  b. Defense attorneys did not re-argue for dismissal of counts 1-8 and count 9 after Judge Currie ruled on the dismissal of count 10 on Wednesday the 5th of February 2014.

  c. Failure to call witnesses and present evidence to rebut certain assumptions, thereby allowing assumptions to become presumptions on the record in order to expedite the trial to a speedy close and save their employer money and preserve their own standing before the court.

  d. Failure to obtain and provide all items listed in discovery to defendants for review prior to trial.

D. By The Court and/or the Hearing Officer – 18 USC 241, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

  a. No presentment of a bond by the United States Attorney or the Clerk of the District Court of South Carolina.

  b. All parties in the case were paid through the District Court of South Carolina, a division of the United States District Court, Judicial Branch of the United States Government, a domestic Delaware Corporation file number 3383789 in the Office of the Delaware Secretary of State with a DUNS number of 956858625 (all court staff, Judge Currie, and court appointed defense attorneys), or by the Department of Justice (FBI and United States Attorney's Office staff), also a division of the UNITED STATES as Plaintiff in an apparent conspiracy

  c. Judge Currie assisted the prosecution with correcting the US Assistant Attorney, DeWayne Pearson, as he first attempted to get the Mail Fraud counts 1-8 on the record and entered into evidence over the objection of Ken Mathews on two occasions: Friday January 31st and Monday February 3rd, 2014, which said objection Judge Currie overruled.

  d. Judge Currie entered into a line a questioning of a witness that had not been brought up by the prosecution or defense in direct, redirect, or rebuttal over defense attorney Louis Lang's objection, which said objection Judge Currie overruled. I believe, as founded upon Judge Currie's own statements and actions, that you are required to ensure that all of the proper Law and procedures required of federal judicial actions be complied with in every job and title.

In the event this belief is unfounded you will advise me of same defining what your exemptions are for complying with the procedures as written and stated by your employer.

Failure to comply with the law and procedures or to advise me as to your exemption will attach personal liability.

## MISPRISION OF FELONY

I am hereby reporting crimes to this court.

1. By the Prosecution - 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. Privacy Act of 1974 Violations by the United States Attorney by bringing private instruments and process into the public
   b. The Assistant United States Attorney withheld evidence from defense
   c. The Cathy Lanier letter to the US Attorney William Nettles was not disclosed to defense.
   d. Ronald Kevin Hayes' entire plea agreement was not accurately represented by the Assistant United States Attorney before the court. Mr. Hayes believed he had immunity on his tax liabilities by a certain trick and artifice communicated to him by the prosecution, which the prosecution failed to disclose until Mr. Hayes was questioned by Mr. Matthews.
   e. Eden Gifted Properties Server files not released to the defense team in a discoverable form
   f. Assistant United States Attorney misled the court by stating on the record numerous times before the court that defendants had encrypted files on the server, blaming defendants for his inability to produce evidence, which proved to be a false representation to the court and defense by Mr. Pearson once defense team visited the FBI office to inspect the Eden Gifted Properties server.
2. By the Defense - 18 USC 241, 18 USC 245(b), 18 USC 1001, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. Jurisdictional Hearing not scheduled or offered to Mark Shannon Manuel by the court or by any appointed defense attorneys after arrest, or prior to trial.
   b. Defense attorneys did not re-argue for dismissal of counts 1-8 and count 9 after Judge Currie ruled on the dismissal of count 10 on Wednesday the 5th of February 2014.
   c. Failure to call witnesses and present evidence to rebut certain assumptions, thereby allowing assumptions to become presumptions on the record in order to expedite the trial to a speedy close and save their employer money and to preserve their own standing before the court.
   d. Failure to obtain and provide all items listed in discovery to defendants for review prior to trial.
3. By The Court and/or the Hearing Officer - 18 USC 241, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. No presentment of a bond by the United States Attorney or the Clerk of the District Court of South Carolina.
   b. All parties in the case were paid through the District Court of South Carolina, a division of the United States District Court, Judicial Branch of the United States Government, a domestic Delaware Corporation file number **3383789** in the Office of the Delaware Secretary of State with a DUNS number of **956858625** (all court

staff, Judge Currie, and court appointed defense attorneys), or by the Department of Justice (FBI and United States Attorney's Office staff), also a division of the UNITED STATES as Plaintiff in an apparent conspiracy

c.  Judge Currie assisted the prosecution with correcting the US Assistant Attorney, DeWayne Pearson, as he first attempted to get the Mail Fraud counts 1-8 on the record and entered into evidence over the objection of Ken Mathews on two occasions: Friday January 31st and Monday February 3rd, 2014, which said objection Judge Currie overruled.

d.  Judge Currie entered into a line a questioning of a witness that had not been brought up by the prosecution or defense in direct, redirect, or rebuttal over defense attorney Louis Lang's objection, which said objection Judge Currie overruled.

## DEMAND FOR JURISDICTIONAL HEARING

I, Mark Shannon Manuel, made a mistake at the very beginning of this matter.

I allowed two bar attorneys to convince me that I did not have the right to challenge this action and demand proof of jurisdiction to be put on the record. I met with the first attorney, Morad Fakhimi, in the United States Court House in Atlanta and the second attorney in Columbia, Louis Lang. Both attorneys were compensated by the UNITED STATES through the United States District Court System and both failed to challenge the court's jurisdiction over me.

I now apologize for my mistake and purge my error.

**In contemplation of all of the above I now demand a jurisdictional hearing within no less than ten (10) days and no more than twenty-one (21) days after receipt of this instrument.**

MY WORD IS MY BOND HERE AND NOW.  NO OTHER PARTY OR ALLEGED PARTY TO THIS ACTION HAS PLACED THEIR BOND ON THE RECORD.

## NOTICE OF CONFLICT OF INTEREST

IT APPEARS TO ME THAT THERE IS A CONFLICT OF INTEREST IN THIS MATTER. THE COURT ALL OF ITS OFFICERS, THE PROSECUTION AND ALL OF ITS SUPPORT AND INVESTIGATING STAFF ALONG WITH ITS WITNESSES, AND THE ATTORNEYS FOR THE DEFENSE, ARE ALL PAID BY THE SAME PARTY.

I BELIEVE THAT THIS CONFLICT OF INTEREST HAS PREJUDICED ME THROUGH CONSPIRACY.

I DEMAND THE BOND FOR THE PROCESSING OF THIS ACTION BE PRESENTED TO ME SO THAT I CAN IDENTIFY WHO CAN MAKE ME WHOLE.

I DEMAND THE OATH OF FIDELITY FOR EVERY PARTY ASSOCIATED TO THIS ACTION WHO HAS RECEIVED MONEY FROM GOVERNMENT SOURCES TO BE

PLACED ON THE RECORD NOW.

I BELIEVE THAT FAILURE TO DO SO WILL SUPPORT MY CHARGE OF CONSPIRACY AND I WILL NOTIFY ALL PARTIES THAT COULD ACT AS SURETY FOR THIS MATTER.

Remember, for faith and credit is Quid pro quo. If I gave it, I get it back.

Sincerely,

Mark S. Manuel
c/o 2020 Fieldstone Parkway Suite 900-216
franklin tennessee [37069]
non-domestic without the United States

Enclosures:    IRS Form W9

---

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **ACKNOWLEDGEMENT** |
| COUNTY OF LEXINGTON | ) | |

Before me the undersigned, within and for the County of Lexington and State of South Carolina on this ___ 11th day of February ____, 2014, Mark Shannon of the family Manuel descendants, who executed his signature upon the above document in my presence, and declared the above to be true, correct, and not meant to mis-lead, to the best of his firsthand knowledge, understanding, and belief, executed by his free will and voluntary act and deed.

Given under my hand and seal this ___ 11th day of February ____, 2014.

_____          _____
Witness signature                           Witness signature

Jerry J Hutsoe                              Jerry E Haitsoe Jr.
Printed Witness name                      Printed Witness name

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number

☐☐ - ☐☐☐☐☐☐☐

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**

Signature of U.S. person ▶

Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

Tuesday 11 February 2014

Mark S. Manuel
c/o 2020 Fieldstone Parkway Suite 900-216
franklin tennessee [37069]
non-domestic without the United States

TO: Larry W. Propes (Cameron McGowan Currie)

**In the matter of: UNITED STATES v. HARTSOE, et.al. 3:13-CR-00479**

1. **ACCEPTANCE, FINDINGS OF FACT, CONCLUSIONS OF LAW**
2. **NOTICE OF FATAL DEFECTS**
3. **FAILURE TO FULFILL DUTY OF CARE**
4. **MISPRISION OF FELONY**
5. **DEMAND FOR JURISDICTIONAL HEARING**
6. **NOTICE OF CONFLICT OF INTEREST**

Dear Larry W. Propes and Cameron McGowan Currie,

I, Mark Shannon Manuel, declare my statements herein are true, correct, and I stand under them under my personal oath and bond.

**STATEMENT OF ACCOUNT**

I, Mark Shannon Manuel, demand you cease-and-desist, stay, hold, cancel, annul, or void all claims against me under the identifier case number 3:13-CR-00479, UNITED STATES v. HARTSOE, et.al., as processed through your court, including but not limited to any and all execution upon same for good cause stated by me.

Anyone employed by UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA corporation has my permission to construe this document as necessary that will cause bar on trespass, attaching, or levying me or my properties at any time. Corporate judicial officers are authorized to issue all Writs restraining of a temporary or permanent nature to protect my properties which are unlawfully and illegally held without my consent.

The UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA process and UNITED STATES v. JERRY ELMO HARTSOE, MARK SHANNON MANUEL, JAMES CHAPPELL DEW JR, RONALD KEVIN HAYES case number 3:13-CR-00479, has issued with no bond attached.

I am reporting crimes, illegal, unlawful acts and omissions to you as related to case number 3:13-CR-00479.

Act or refuse, it is your choice. This cease-and-desist demand for bond is intended and will be used as evidence of your intent.

Most important is the fact that as a law enforcement, paid legal professional, you know and

1

absolutely should know that having knowledge of crimes, or illegal, unlawful acts and not acting is a misprision of felony under malversation.

I stay now my rights are valued at twenty-five thousand dollars ($25,000) per day for each act or omission depriving me of any right whatsoever as no government office, or corporate goods and services provider in the nature of government, has rights: it only has duties, obligations, and privileges as set up by its charter.

This means TORT!

I, Mark Shannon Manuel, The man, say that no man or no woman can say my statements are untrue.

I say my rights are my property.

I say my credit is my property.

I say the government is to protect and restore my property, my credit, that of this man, that is unlawfully or illegally withheld from me upon my demand for same.

I want, and demand my property in all forms be returned to me now.

Said property to be totally in my control and possession within 72 hours receipt of this list of title above aloof them.

I live and act in a common-law with the right of trial by jury.

I have never given any man or entity rights to my credit.

I have never given any man or entity rights to convert my consumer credit to commercial credit.

I never intended nor have I ever issued any public securities.

I have never intended to nor have I ever authorize any man or entity to use my private property to back, support, support assets, value, or verify any public security.

I never authorized any man or entity claiming to use my full faith and credit, and in any manner whatsoever, to attack me in any way whatsoever.

I have never been presented with any bond and attach any process issued by the UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA as it acts under its federal employer identification number (EIN), (Form W-9 request for EIN enclosed herein).

It is a known fact of law that no corporation can hold lawful judicial or political power when he engages in commerce under corporate status, and as such gives up right to immunity, and must be treated the same as any other person with full liability on claims or contingent claims.

2

## ACCEPTANCE, FINDINGS OF FACT, CONCLUSIONS OF LAW

On the 5th February 2014, Judge Currie, dismissed the count in the fatally flawed indictment number 10 which was entered into case 3:13-CR-00479.

The substance of the alleged charge in count 10 of the indictment is that of issuing public securities through a government or organization, thereby constituting fraudulent financial instruments under 18 USC 514.

There are no public securities contained in the record of case 3:13-CR-00479 issued through a government or organization as stipulated in 18 USC 514.

The dismissal of count 10 is admission and confession, a finding of fact, under conclusion of law that private credit was taken by various non-government entities and non-government instrumentalities in exchange for setoff, settlement, and discharge on alleged claims.

THEREFORE, the court's findings of fact and conclusions of law are accepted as fact of a debt discharged at law under private contract with said payment duly accepted, never protested, nor returned.

There are no Federal charges that could attach to the transactions that are the alleged subject matter of this issue.

## NOTICE OF FATAL DEFECTS

There are no public securities at issue or in evidence in this matter.

The court's finding of fact and conclusions of law dismissing Count 10 voids all other claims relating to or founded upon transactions related to the debts discharged by the private instruments or the fatally flawed indictment claims of Mail Fraud in counts 1-8 of the indictment.

I have no legal obligations or duties to those making claims against me and there is no contract, agreement, acceptance or admission, before any judicial officer alleging same in evidence because it does not exist.

THEREFORE, the alleged charges and claims against MARK SHANNON MANUEL are void.

I RESERVE ALL RIGHTS TO ASSIGN ERRORS OF LAW TO ALL THE PROCEEDINGS IN THIS MATTER. AND TO ATTACH PERSONAL LIABILITY TO ALL INDIVIDUALS WHO HAVE NOT PRESENTED A BOND TO ME SO THAT I MAY KNOW WHO IS LIABLE TO MAKE ME WHOLE IN THE INSTANCE OF MISTAKE, ERROR, OR INTENTIONAL HARM.

## FAILURE TO FULFILL DUTY OF CARE

The law serves the vigilant, not those who sleep on their rights.

3

Failure to disclose relevant material facts under the obligation or duty to do so is the same, in effect, as willful misrepresentation.

The safety of the people is the supreme law.

Errors in the indictment – 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1583, 18 USC 1594, 18 USC 514

    a. It was alleged in the indictment that HARTSOE, MANUEL, DEW, AND HAYES were somehow involved with or members of RuSA, or Republic of the USA. There was no positive evidence presented at trial to establish this as a truth, except that Mr. Hartsoe was in attendance at a meeting where undercover FBI personnel recorded his conversation while they were seeking fugitives there in an unrelated matter. Yet this error was not removed from the indictment before the trial began nor when defense argued to strike the allegation during the trial, thereby allowing allegations prejudicial to defendants to stand which were irrelevant, except that these allegations justified the role of the Joint Terrorism Task Force in the investigation and the justification of the JTTF of the FBI, squad four. (18 USC 514 violation)

    b. Counts 1-8 of the indictment alleged the Mail Fraud related to fraud contained within 8 specific mailings. Superseding indictment count 10 charged that Fictitious Financial Instruments under 18 USC 514 were issued by defendants which would have also been included within the Registered Mail & Certified Mail packages in counts 1-8. However, once Judge Currie dismissed count 10 with her February 5th ruling, the mail packages in counts 1-8 contained no other fraudulent financial instruments under 18 USC 514 or any other code section and no evidence was ever presented that these mailings did contain any other fraudulent documents under the code.

    c. Jury instructions were amended after count 10 was dismissed but did not make this point clear, and defense failed to argue again to dismiss counts 1-8 before the court.

B. By the Prosecution – 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

    a. Privacy Act of 1974 Violations by the United States Attorney by bringing private instruments and process into the public

    b. The Assistant United States Attorney withheld evidence from defense

    c. The Cathy Lanier letter to the US Attorney William Nettles was not disclosed to defense.

    d. Ronald Kevin Hayes' entire plea agreement was not accurately represented by the Assistant United States Attorney before the court. Mr. Hayes believed he had immunity on his tax liabilities by a certain trick and artifice communicated to him by the prosecution, which the prosecution failed to disclose until Mr. Hayes was questioned by Mr. Matthews.

    e. Eden Gifted Properties Server files not released to the defense team in a discoverable form

4

    f.  Assistant United States Attorney misled the court by stating on the record numerous times before the court that defendants had encrypted files on the server, blaming defendants for his inability to produce evidence, which proved to be a false representation to the court and defense by Mr. Pearson once defense team visited the FBI office to inspect the Eden Gifted Properties server.

C.  By the Defense – 18 USC 241, 18 USC 245(b), 18 USC 1001, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

    a.  Jurisdictional Hearing not scheduled or offered to Mark Shannon Manuel. by the court or by any appointed defense attorneys after arrest, or prior to trial.

    b.  Defense attorneys did not re-argue for dismissal of counts 1-8 and count 9 after Judge Currie ruled on the dismissal of count 10 on Wednesday the 5th of February 2014.

    c.  Failure to call witnesses and present evidence to rebut certain assumptions, thereby allowing assumptions to become presumptions on the record in order to expedite the trial to a speedy close and save their employer money and preserve their own standing before the court.

    d.  Failure to obtain and provide all items listed in discovery to defendants for review prior to trial.

D.  By The Court and/or the Hearing Officer – 18 USC 241, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514

    a.  No presentment of a bond by the United States Attorney or the Clerk of the District Court of South Carolina.

    b.  All parties in the case were paid through the District Court of South Carolina, a division of the United States District Court, Judicial Branch of the United States Government, a domestic Delaware Corporation file number 3383789 in the Office of the Delaware Secretary of State with a DUNS number of 956858625 (all court staff, Judge Currie, and court appointed defense attorneys), or by the Department of Justice (FBI and United States Attorney's Office staff), also a division of the UNITED STATES as Plaintiff in an apparent conspiracy

    c.  Judge Currie assisted the prosecution with correcting the US Assistant Attorney, DeWayne Pearson, as he first attempted to get the Mail Fraud counts 1-8 on the record and entered into evidence over the objection of Ken Mathews on two occasions: Friday January 31st and Monday February 3rd, 2014, which said objection Judge Currie overruled.

    d.  Judge Currie entered into a line a questioning of a witness that had not been brought up by the prosecution or defense in direct, redirect, or rebuttal over defense attorney Louis Lang's objection, which said objection Judge Currie overruled. I believe, as founded upon Judge Currie's own statements and actions, that you are required to ensure that all of the proper Law and procedures required of federal judicial actions be complied with in every job and title.

In the event this belief is unfounded you will advise me of same defining what your exemptions are for complying with the procedures as written and stated by your employer.

Failure to comply with the law and procedures or to advise me as to your exemption will attach personal liability.

## MISPRISION OF FELONY

I am hereby reporting crimes to this court.

1. By the Prosecution - 18 USC 1001, 18 USC 241, 18 USC 242, 18 USC 245(b), 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. Privacy Act of 1974 Violations by the United States Attorney by bringing private instruments and process into the public
   b. The Assistant United States Attorney withheld evidence from defense
   c. The Cathy Lanier letter to the US Attorney William Nettles was not disclosed to defense.
   d. Ronald Kevin Hayes' entire plea agreement was not accurately represented by the Assistant United States Attorney before the court. Mr. Hayes believed he had immunity on his tax liabilities by a certain trick and artifice communicated to him by the prosecution, which the prosecution failed to disclose until Mr. Hayes was questioned by Mr. Matthews.
   e. Eden Gifted Properties Server files not released to the defense team in a discoverable form
   f. Assistant United States Attorney misled the court by stating on the record numerous times before the court that defendants had encrypted files on the server, blaming defendants for his inability to produce evidence, which proved to be a false representation to the court and defense by Mr. Pearson once defense team visited the FBI office to inspect the Eden Gifted Properties server.
2. By the Defense - 18 USC 241, 18 USC 245(b), 18 USC 1001, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. Jurisdictional Hearing not scheduled or offered to Mark Shannon Manuel by the court or by any appointed defense attorneys after arrest, or prior to trial.
   b. Defense attorneys did not re-argue for dismissal of counts 1-8 and count 9 after Judge Currie ruled on the dismissal of count 10 on Wednesday the 5th of February 2014.
   c. Failure to call witnesses and present evidence to rebut certain assumptions, thereby allowing assumptions to become presumptions on the record in order to expedite the trial to a speedy close and save their employer money and to preserve their own standing before the court.
   d. Failure to obtain and provide all items listed in discovery to defendants for review prior to trial.
3. By The Court and/or the Hearing Officer - 18 USC 241, 18 USC 1512, 18 USC 1515, 18 USC 1583, 18 USC 1594, 18 USC 514
   a. No presentment of a bond by the United States Attorney or the Clerk of the District Court of South Carolina.
   b. All parties in the case were paid through the District Court of South Carolina, a division of the United States District Court, Judicial Branch of the United States Government, a domestic Delaware Corporation file number **3383789** in the Office of the Delaware Secretary of State with a DUNS number of **956858625** (all court

staff, Judge Currie, and court appointed defense attorneys), or by the Department of Justice (FBI and United States Attorney's Office staff), also a division of the UNITED STATES as Plaintiff in an apparent conspiracy

c.   Judge Currie assisted the prosecution with correcting the US Assistant Attorney, DeWayne Pearson, as he first attempted to get the Mail Fraud counts 1-8 on the record and entered into evidence over the objection of Ken Mathews on two occasions: Friday January 31st and Monday February 3rd, 2014, which said objection Judge Currie overruled.

d.   Judge Currie entered into a line a questioning of a witness that had not been brought up by the prosecution or defense in direct, redirect, or rebuttal over defense attorney Louis Lang's objection, which said objection Judge Currie overruled.

## DEMAND FOR JURISDICTIONAL HEARING

I, Mark Shannon Manuel, made a mistake at the very beginning of this matter.

I allowed two bar attorneys to convince me that I did not have the right to challenge this action and demand proof of jurisdiction to be put on the record. I met with the first attorney, Morad Fakhimi, in the United States Court House in Atlanta and the second attorney in Columbia, Louis Lang. Both attorneys were compensated by the UNITED STATES through the United States District Court System and both failed to challenge the court's jurisdiction over me.

I now apologize for my mistake and purge my error.

**In contemplation of all of the above I now demand a jurisdictional hearing within no less than ten (10) days and no more than twenty-one (21) days after receipt of this instrument.**

MY WORD IS MY BOND HERE AND NOW. NO OTHER PARTY OR ALLEGED PARTY TO THIS ACTION HAS PLACED THEIR BOND ON THE RECORD.

## NOTICE OF CONFLICT OF INTEREST

IT APPEARS TO ME THAT THERE IS A CONFLICT OF INTEREST IN THIS MATTER. THE COURT ALL OF ITS OFFICERS, THE PROSECUTION AND ALL OF ITS SUPPORT AND INVESTIGATING STAFF ALONG WITH ITS WITNESSES, AND THE ATTORNEYS FOR THE DEFENSE, ARE ALL PAID BY THE SAME PARTY.

I BELIEVE THAT THIS CONFLICT OF INTEREST HAS PREJUDICED ME THROUGH CONSPIRACY.

I DEMAND THE BOND FOR THE PROCESSING OF THIS ACTION BE PRESENTED TO ME SO THAT I CAN IDENTIFY WHO CAN MAKE ME WHOLE.

I DEMAND THE OATH OF FIDELITY FOR EVERY PARTY ASSOCIATED TO THIS ACTION WHO HAS RECEIVED MONEY FROM GOVERNMENT SOURCES TO BE

PLACED ON THE RECORD NOW.

I BELIEVE THAT FAILURE TO DO SO WILL SUPPORT MY CHARGE OF CONSPIRACY
AND I WILL NOTIFY ALL PARTIES THAT COULD ACT AS SURETY FOR THIS
MATTER.

Remember, for faith and credit is Quid pro quo.  If I gave it, I get it back.

Sincerely,

Mark S Manuel, ARR

Mark S. Manuel
c/o 2020 Fieldstone Parkway Suite 900-216
franklin tennessee [37069]
non-domestic without the United States

Enclosures:   IRS Form W9

---

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **ACKNOWLEDGEMENT** |
| COUNTY OF LEXINGTON | ) | |

Before me the undersigned, within and for the County of Lexington and State of South Carolina
on this _11_ day of _February_, 2014, Mark Shannon of the family Manuel descendants,
who executed his signature upon the above document in my presence, and declared the above
to be true, correct, and not meant to mis-lead, to the best of his firsthand knowledge,
understanding, and belief, executed by his free will and voluntary act and deed.

Given under my hand and seal this _11_ day of _February_, 2014.

_____
Witness signature

Jerry J Hartsoe
Printed Witness name

_____
Witness signature

Jerry E Hartsoe Jr
Printed Witness name

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send it to the IRS.**

*Print or type*
*See Specific Instructions on page 2.*

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶                            Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                Form **W-9** (Rev. 8-2013)