IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No: 3:13-00479 - CMC |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK SHANNON MANUEL | ) | |
| _____ | ) | |

### REQUEST FOR HEARING CONCERNING STATUS OF COUNSEL

The undersigned, counsel for defendant, Mark Shannon Manuel, respectfully requests the Court schedule a hearing concerning his continued representation of defendant.

To the extent matters privileged as a result of the attorney - client relationship between the undersigned and defendant may be an issue in any such hearing, as to those matters, the undersigned respectfully requests the hearing be held *en camera.*

CALLISON TIGHE & ROBINSON, LLC

  s/Louis H. Lang
Louis H. Lang, Esq., Fed.ID#240
1812 Lincoln Street, Suite 200
Post Office Box 1390
Columbia, SC   29202-1390
Telephone:   (803) 404-6900
E-mail: louislang@callisontighe.com

Counsel for Mark Shannon Manuel

Columbia, South Carolina
March 31, 2014
G:\6000\6027.001\Pleadings\Motion concerning status of counsel