IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No: 3:13-00479 - CMC |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK SHANNON MANUEL | ) | |
| _____ | ) | |

### MOTION FOR CONTINUANCE OF STATUS OF COUNSEL HEARING

The defendant in the above matter, Mark Shannon Manuel, respectfully requests the Court continue, as to him, the status of counsel hearing set for May 7, 2014, at 2:00 p.m. for a period of one week until May 14, 2014.

This motion is based on defendant having been ill this week and because defendant requires additional time to prepare to travel from his home in Franklin, Tennessee to Columbia, South Carolina.

Counsel has inquired as to the government's position regarding the relief requested in this motion and is informed the government opposes the requested continuance.

CALLISON TIGHE & ROBINSON, LLC

  s/Louis H. Lang
Louis H. Lang, Esq., Fed.ID#240
1812 Lincoln Street, Suite 200
Post Office Box 1390
Columbia, SC   29202-1390
Telephone:   (803) 404-6900
E-mail: louislang@callisontighe.com

Counsel for Mark Shannon Manuel

Columbia, South Carolina
May 2, 2014
G:\6000\6027.001\Pleadings\Motion to Continue Status of Counsel hearing